People v Lopez (2026 NY Slip Op 01533)

People v Lopez

2026 NY Slip Op 01533

Decided on March 18, 2026

Appellate Division, Second Department

Published by New York State Law Reporting Bureau pursuant to Judiciary Law § 431.

This opinion is uncorrected and subject to revision before publication in the Official Reports.

Decided on March 18, 2026
SUPREME COURT OF THE STATE OF NEW YORK
Appellate Division, Second Judicial Department

LARA J. GENOVESI, J.P.
BARRY E. WARHIT
DONNA-MARIE E. GOLIA
PHILLIP HOM, JJ.

1991-02420
 (Ind. No. 4940/89)

[*1]The People of the State of New York, respondent,
vAdrian Lopez, appellant.

Adrian Lopez, Napanoch, NY, appellant pro se.
Eric Gonzalez, District Attorney, Brooklyn, NY (Leonard Joblove, Morgan J. Dennehy, and Isaac Rounseville of counsel), for respondent.

DECISION & ORDER
Application by the appellant for a writ of error coram nobis to vacate, on the ground of ineffective assistance of appellate counsel, a decision and order of this Court dated July 13, 1992 (People v Lopez, 185 AD2d 285), affirming a judgment of the Supreme Court, Kings County, rendered November 9, 1989.
ORDERED that the application is denied.
The appellant has failed to establish that he was denied the effective assistance of appellate counsel (see Jones v Barnes, 463 US 745; People v Stultz, 2 NY3d 277).
GENOVESI, J.P., WARHIT, GOLIA and HOM, JJ., concur.
ENTER:
Darrell M. Joseph
Clerk of the Court